## Commonwealth ex rel. Wagner, Appellant, *v.* Russell.

Submitted June 8, 1970. *John R. Walker,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; no oral argument was made nor brief submitted for appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Adams.

Argued June 8, 1970. *Nicholas M. Zanakos,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellant; *Mark S. Refowich,* for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.